**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1345**

———————

RANDALL DOUGLAS WRIGHT,

Plaintiff - Appellant,

versus

DUKE POWER COMPANY; JEFFERSON-PILOT INSURANCE
COMPANY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-01-264)

———————

Submitted: July 23, 2003          Decided: October 6, 2003

———————

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Randall Douglas Wright, Appellant Pro Se.  Stacy Kaplan Wood,
PARKER, POE, ADAMS & BERNSTEIN, L.L.P., Charlotte, North Carolina;
Thomas Drake Garlitz, GARLITZ & WILLIAMSON, P.L.L.C., Charlotte,
North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randall Douglas Wright appeals the district court's orders granting summary judgment in favor of the Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Duke Power Company, No. CA-01-264 (W.D.N.C. Mar. 3, 2003, Mar. 5, 2003, Mar. 6, 2003 & Mar. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2